IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NICHOLAS ORICK,<br><br>                    Defendant. | 4:14CR3056<br><br>**MEMORANDUM AND ORDER** |

The defendant is released on current conditions plus the following:

1) The defendant shall appear at his trial currently scheduled for August 11, 2014 at 9:00 a.m.

2) The defendant shall comply with all terms and conditions of release which were imposed on June 18, 2014, and the following additional condition: The defendant shall have no contact, directly or indirectly, with his wife.

3) The defendant is reminded that any further violations of his release conditions will result in detention pending trial.

July 29, 2014.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge